Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Arthur Calloway

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR CALLOWAY, | ) |
|     Plaintiff, | ) Case No.: 5:18-cv-01948-MAA |
| | ) |
|   vs. | ) |
| | ) [PROPOSED] ORDER FOR AWARD |
| ANDREW SAUL, | ) OF EAJA FEES |
| Acting Commissioner Of Social Security, | ) |
| | ) |
|     Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **FOUR THOUSAND SEVEN HUNDRED AND THIRTY THREE DOLLARS** ($4,733.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: ___November 13, 2019___

_____
HON. MARIA A. AUDERO
United States Magistrate Judge